DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CRAIG D. SCOTT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1831

[December 2, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard Bober, Judge; L.T. Case No. 00-18846CF10A.

Ana M. Davide of Ana M. Davide, P.A., Coral Gables, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***